## *IN THE SUPREME COURT, STATE OF WYOMING*

## 2025 WY 103

*April Term, A.D. 2025*

**September 24, 2025**

LONNIE LEE DAHL,

**Appellant
(Defendant),**

**v.**                                                              **S-25-0081**

THE STATE OF WYOMING,

**Appellee
(Plaintiff).**

### ORDER AFFIRMING THE DISTRICT COURT'S ORDER DENYING DEFENDANT'S MOTION FOR TIME SERVED IN PRESENTENCE INCARCERATION

[¶1]   **This matter** came before the Court upon the *pro se* Brief of Appellant, filed September 12, 2025.  Appellant took this appeal to challenge the district court's January 13, 2025, Order Denying Defendant's Motion for Time Served in Presentence Incarceration.  The district court denied awarding Appellant additional credit for presentence confinement on his consecutive sentences for Domestic Battery committed during Unlawful Entry into an Occupied Structure and Child Abuse.  *See also Dahl v. State*, 2020 WY 59, 462 P.3d 912 (Wyo. 2020).

[¶2]   On May 16, 2025, Appellant's court-appointed appellate counsel filed a Motion to Withdraw as Counsel, pursuant to *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967).  This Court subsequently entered an Order Granting Motion for Extension of Time to File *Pro Se* Brief.  This Court ordered that Appellant was permitted to file with this Court a *pro se* brief specifying the issues he would like the Court to consider in this appeal.  This Court also provided notice that, after the time for filing a *pro se* brief expired, this Court would make its ruling on counsel's motion to withdraw and, if appropriate, make a final decision on this appeal.  Appellant filed in the district court a motion under W.R.A.P. 21 claiming ineffective assistance of counsel.  This Court stayed

the matter pending the outcome of the motion.  The district court denied the motion.  On August 13, this Court lifted the stay and gave Appellant additional time to file a *pro se* brief.  Appellant timely filed a *pro se* brief.

[¶3]    Now, following a careful review of the *Anders* brief submitted by appellate counsel, the *pro se* Brief of Appellant, and the record, this Court finds that appellate counsel's motion to withdraw should be granted and the district court's Order Denying Defendant's Motion for Time Served in Presentence Incarceration, should be affirmed.  It is, therefore,

[¶4]    **ORDERED** that the Wyoming Public Defender's Office, court-appointed counsel for Appellant Lonnie Lee Dahl, is hereby permitted to withdraw as counsel of record for Appellant; and it is further

[¶5]    **ORDERED** that the Park County District Court's January 13, 2025, Order Denying Defendant's Motion for Time Served in Presentence Incarceration be, and the same hereby is, affirmed.

[¶6]    **DATED** this 24th day of September, 2025.

BY THE COURT:

/s/

**LYNNE BOOMGAARDEN**
**Chief Justice**

*Justice Hill is recused